AO 245B (SCDC Rev. 09/11) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2

DEFENDANT: CHASON RENEE CHASE
CASE NUMBER: 3:14-310

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Three (3) months.

☒ The court makes the following recommendations to the Bureau of Prisons:
    For defendant to be placed in FCI in Alderson, West Virginia.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or after January 2, 2015.
    ☐ before 2 p.m. on _____.
    ■ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant Surrendered on 01-06-2015 to FCI Tallahassee at Tallahassee, FL, with a certified copy of this judgment.

J.V. Flournoy, Warden
~~UNITED STATES MARSHAL~~

By K__th D/)L___ CSO
~~DEPUTY UNITED STATES MARSHAL~~